IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANITA DEVI, et al.,

        Petitioners,                    No. CIV S-08-1173 MCE KJM P

   vs.

MICHAEL B. MUKASEY, et al.,

        Respondents.               ORDER

/

        Petitioners have filed an application for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioners have paid the filing fee. Because petitioners may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioners' § 2241 application within ten days from the date of this order. Respondents shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the application.

/////

/////

1

2. Petitioners' reply to respondents' response is due within five days of service thereof. If petitioners elect to forgo a reply, petitioners shall inform the court as soon as possible.

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioners' application for a writ of habeas corpus under 28 U.S.C. § 2241 on Assistant United States Attorney Audrey Hemesath.

DATED: June 3, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
devi1173.100.2241

2