IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANITA DEVI, et al.,

    Petitioners,                        No. CIV S-08-1173 MCE KJM P

    vs.

MICHAEL MUKASEY, et al.,

    Respondents.                  ORDER

_____/

        Petitioners have filed a motion seeking dismissal of this action; respondents do not oppose dismissal.  Good cause appearing, this action is hereby dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED:  July 1, 2008.

                                              U.S. MAGISTRATE JUDGE

1
devi1173.dis